IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERICK EUGENE HUNTER,<br><br>Defendant. | CASE NO.: 5:20-cr-7 |

**O R D E R**

This matter is before the Court on Defendant's Unopposed Amended Motion to Appear by Video Conference.  Doc. 366.  After careful consideration and for good cause shown, the Court **GRANTS** Defendant's Motion.  The detention hearing currently scheduled for 10:00 a.m. on February 3, 2021 in Waycross Federal Courthouse will now be held by video conference.  Defendant will appear by video connection from Coffee County Jail.  The video conferencing instructions will be provided to all parties by close of business on February 2, 2021.

**SO ORDERED**, this 2nd day of February, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA